1  HO-EL PARK (SBN 235473)
   hpark@hparklaw.com
2  LAW OFFICE OF HO-EL PARK, P.C.
3  333 City Boulevard West, Suite 1700
   Orange, California 92868
4  Tel:(714) 523-2466
   Fax:(714) 503-0788
5
   Attorney for Defendants:
6  HK Valley Center LLC
   Valley Han Kook Market
7  Keith Yang
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

| 12 | **Gary Scherer**, | CASE NO. 2:19-cv-06275-PSG (MAAx) |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 14 | v. | |
| 15 | | |
| 16 | **HK Valley Center LLC**; a California limited liability company**; Valley Han Kook Market,** a California corporation**; Keith Yang**; and Does 1-10, inclusive, | |
| 17 | | Complaint Served: July 29, 2019 |
| 18 | | Current Response Date: August 29, 2019 |
| 19 | Defendants**.** | New Response Date: September 27, 2019 |
| 20 | | Trial Date: Not Yet Set |
| 21 | | District Judge: Philip S. Gutierrez |

22
23
24
25
26
27
28

# STIPULATION AND REQUEST TO EXTEND TIME TO FILE A RESPONSE TO INITIAL COMPLAINT

Plaintiff, Gary Scherer ("Plaintiff"), and Defendants, HK Valley Center, LLC, Valley Han Kook Market, and Keith Yang (collectively, the "Defendants") jointly stipulate to extend the time for Defendants to file a response to the initial complaint from August 29, 2019 to September 27, 2019.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:   August 19, 2019        LAW OFFICE OF HO-EL PARK, P.C.

By: /s/Ho-El Park
Ho-El Park
Attorneys for Defendants
HK Valley Center, LLC
Valley Han Kook Market
Keith Yang

Dated:   August 19, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff
Gary Scherer

Case No. 2:19-cv-06275 PSG (MAAx)        STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: August 19, 2019          By: /s/HO-EL PARK
                                    Ho-El Park
                                    Attorneys for Defendants
                                    HK Valley Center, LLC
                                    Valley Han Kook Market
                                    Keith Yang